
JAIDEEP VANKATESAN (SBN 211386)
jvenkatsen@be-law.com
CLARK S. STONE (SBN 202123)
cstone@be-law.com
BERGESON, LLP
2033 Gateway Place, Suite 300
San Jose, CA 95110-3715
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

JAMES MOSKAL (Admitted *pro hac vice*)
jmoskal@wnj.com
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, Michigan 49503-2487
Telephone: (616) 752-2164
Facsimile: (616) 222-2164

Counsel for Plaintiff
INTERNAP CORPORATION

EDWARD G. POPLAWSKI (SBN 113590)
epoplawski@wsgr.com
OLIVIA M. KIM (SBN 228382)
OKIM@WSGR.COM
GRACE J. PAK (SBN 277705)
gpak@wsgr.com
LISA D. ZANG (SBN 294493)
lzang@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, 15th Floor
Los Angeles, CA 90071
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

Counsel for Defendant
NOCTION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNAP CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>NOCTION, INC.<br><br>Defendant. | No. 15-cv-03014-JD<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

1

WHEREAS, a settlement conference is currently scheduled for January 20, 2016, and

WHEREAS, in order to accommodate motion practice contemplated by defendant, the parties desire to reschedule the settlement conference to March 3, 2016;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Counsel for the parties, subject to the Court's approval, that the settlement conference be rescheduled to March 3, 2016 at 9:30 a.m.

**IT IS SO STIPULATED,** through Counsel of Record.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Dated: January 14, 2016

By: /s/ James Moskal
James Moskal

Counsel for Plaintiff
INTERNAP CORPORATION

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Dated: January 14, 2016

By: /s/ Olivia M. Kim
Olivia M. Kim

Counsel for Defendant
NOCTION, INC.

### ATTESTATION OF SIGNATURES

I, James Moskal, attested that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

/s/ James Moskal
James Moskal

**IT IS SO ORDERED.**

DATED: January 14, 2016

_Sallie Kim_
Hon. Sallie Kim
United States Magistrate Judge

132366.154888 #13902980-1

2